(September 28, 1970)

In the Matter of ANDREW KLEIN.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.